UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
                                                                       :
                -v-                                                    :   12-CR-445-1 (JMF)
                                                                       :
JUAN FERNANDEZ,                                                        :   ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 15, 2020, Chambers received the attached submission (redacted to remove personal identifying information) on Defendant's behalf asking for his early release in light of the COVID-19 pandemic. Out of an abundance of caution, the Court concludes that it is appropriate to appoint counsel for Defendant pursuant to the Criminal Justice Act. Former counsel has graciously agreed to accept appointment. Accordingly, George Goltzer is hereby appointed as counsel pursuant to the Criminal Justice Act to handle any application relating to COVID-19). Mr. Goltzer shall promptly contact the Defendant and the writer of the attached letter to notify them of his appointment. (To that end, the Court will provide an unredacted copy of the letter to Mr. Goltzer.)

SO ORDERED.

Dated: May 18, 2020
       New York, New York
                                                    _____
                                                         JESSE M. FURMAN
                                                         United States District Judge

Sr. Juez

New-York.
5/4/20

Sr: Hon Jesse M. Furman

Mi nombre es Norma Sarda le escribo esta Carta para pedirle por mi hijo tiene preso 8 su comportamiento ha sido muy bueno estubo en New House, ahora esta en Ford Dix mi motivo de la mi petision es que ahora la situacion esta muy mal donde la agumeracion de gente sin querer le hase daño a otra, entonces señor Juez mi hijo fue donante mio de un riñon y al el tener uno solo me matifica le pueda pasar algo.

Sr. Juez el aqui en mi Casa tiene su habitacion, su Ropa y nosotros estamos decidido para ayudarlo en lo que el necesite. ademas tiene su hijo de 7 años siempre lo ve habla con pero pregunta cuando viene su papá para que lo ayude en la torea y lo busque en la escuela.

Bueno Sr. Juez me despido de usted esperando que todo sea buen Resultado

Norma Sarda

Mi hijo es Juan Fernandez
#670-50-054

Honorable Judge Jesse Furman.

My name is Vivanna Valdez. I am writing in regards of my brother Juan Fernandez. Juan is incarcerated in Fort Dix Facility in new Jersey. His numbers are 67050054.

I am writing in regards to see if you could please consider him for early release due to Covid-19. We are worried about his health. He only has 1 kidney due to him donating one to our mother.

Juan has served 8 years so for out of his sentence. In that time he has gained lots of knowledge and certificates. He's a very well behaved and respectful man. He also has a 8 year old son that would benefit from having his father home.

If Juan is released he will have a place to come home to and a room to quarentine in. I will also be supporting him finacially until he is able to work and be able to stabilee himself back in society. I also have family members that are willing to help if anything else is needed.

I would like to thank you for taking time out to reading this and really hope you would consider Juan.

If you have any questions below is my phone number and mailing address.

Yivann Valdez

Yivanna Valdez

█████████████████

Bronx, New York, ██████

█████████████████

Email: █████████████████

