UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,             :
                :
     -v-            :          12-CR-445-1 (JMF)
                :
JUAN FERNANDEZ,             :          ORDER
                :
           Defendant.          :
                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the Government's letter of May 29, 2020, indicating that it does not waive the exhaustion requirement in 18 U.S.C. § 3582(c)(1)(A)(i), *see* ECF No. 800, Defendant Juan Fernandez's motion for compassionate release is DENIED without prejudice to renewal after he has exhausted his administrative remedies.  *See United States v. Roberts*, No. 18-CR-528-5 (JMF), 2020 WL 1700032, at *2-3 (S.D.N.Y. Apr. 8, 2020).

       SO ORDERED.

Dated: June 1, 2020
       New York, New York                           JESSE M. FURMAN
                                                             United States District Judge