```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,                            :
                                                     :
           -v-                                       :    12-CR-445-1 (JMF)
                                                     :
JUAN FERNANDEZ,                                      :         ORDER
                                                     :
                      Defendant.                     :
                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court received the attached letter from Defendant Juan Fernandez.  As Defense Counsel has already filed a Notice of Appeal, the issue is moot.  *See* ECF No. 819.

      SO ORDERED.

Dated: August 4, 2020  
      New York, New York  
                                           JESSE M. FURMAN  
                                          United States District Judge

Re: Notice of Appeal
To: Honorable J. Furman
From: Juan Fernandez
Date: July 21, 2020

Honorable J. Furman,

      I am writing this letter as a "Notice of Appeal" regarding the District Courts decision rendered on July 17, 2020, dening my application and/or motion for Compassionate Release, I informed my attorney Mrs. Gotlib of my intentions and asked Mrs. Gotlib to file my notice of appeal form on my behalf, which counsel has yet to respond to my request, therefore, I writing this letter request that it serve as my form of filing for my Notice of Appeal, for this is a time sensity matter.

      Thank you

*[signature]*

