UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 12-CR-445-1 (JMF)
:
JUAN FERNANDEZ, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Earlier today, the Court received the attached letter from Defendant Juan Fernandez. The Government shall file a response to the letter no later than **January 9, 2025**; and Fernandez shall file any reply no later than **January 30, 2025**.

    The Clerk of Court is directed to mail this Order to:

        Juan Fernandez
        Register No. 67050-054
        FCI Allenwood
        Federal Correctional Institution
        P.O. BOX 2000
        Whitedeer, PA  17887

    SO ORDERED.

Dated: August 4, 2020
       New York, New York
                                  JESSE M. FURMAN
                                  United States District Judge

Juan Fernandez #67050-054
F.C.I Allenwood
P.O. Box 2000
Whitedeer P.A. 17887

Legal mail




Retail

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA 17887
NOV 19, 2024
$0.00

10007

RDC 99    R2305K138953-06

Legal mail

Honorable Judge Furman
Clerk of Court
500 Pearl St
N.Y. N.Y. 10007



FCI Allenwood White Deer, PA
11-14-24
DATE
The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Legal mail

(1)

To: Honorable Judge Furman

I Juan Fernandez, apply this motion to the Court's for compassionate release due to compelling and extordinary curcumstances, This is filed pro se, please see this under the up most Lienet way as possible under the Light.

I understand that administrative remedies are suppose to be filed before applying for a motion under compassionate release but please take notice and verify why it is not possible at the moment to do administrative remedies.

I am recently located at F.C.I Allenwood and housed in unit 3B due to shortage of staff at the moment we have no present case manager because she is due with child and our unit manager Mr. Arnold is in charge of not only my unit but 3A also in between both units their

② 

are over 320 inmates. In the seven months i been at this prison i have seen Mr. Arnold one time. He has never held a open house maybe due to the influx of inmates that need help. We also have a secretary Mr. Zirmerman who tries to help as much as possible if he is available since his job is to prepare our release papers.

Due to the reason stated above and more is why i can not do administrative remedies even if by some way you get the remedies they end up lost or trashed because of the amount of time they consume.

Since being incarcerated my health has started over the years to get worst. I now suffer from high blood pressure and take Lisinopril 5mg the lowest dosage due to having a shrinking tube in my heart that if it isn't properly taken care of can cause a heart attack. I am also extremely over wieght and have tried to lose wieght several times but it has been hard to do so because of the constant lock downs since

③

covid.

Due to the shortage of staff at F.C.I Allenwood, We are Lock down in our cell Monday through Friday at 1:30pm and on weekends we do not come out the cells until Monday morning. Majority all programs are closed till further notice except for N.R.A.P, R.D.A.P, Ged and work assignments. Rec is divided by A side and b side. each side get a chance to go to rec at 7:30 am to 10:00 am and 12:30 pm to 1:30 pm recall.

Because of the shortage of staff and also time this institution has become a depress, stress and dangerous enviroment for both staff and inmates. This can be verified on news articles of the union represenitive of staff at this prison.

Thier are only four phones per housing unit with everyone having a free 500 minutes a month and ten minutes per a call it becomes a hostile enviroments since thier are 160 inmates per a housing unit everyone does not get a chance to

(4)

to use the phone unless you pay for a spot.

Very important also is the issue of emergency button in my unit cells have never worked during my stay at this prison. I have witness inmates bang on the door for up to a hour because of medical issues falling on deaf ears due to only having one C.O. for two units.

I am under my 19th month mark and due to be placed under the second chance act reauthorization of 2018, and based off of B.O.P policy once under 19th months mark your halfway house package should be recommended up to a year or 10% of your sentence which ever is less. Which leaves me at summer or fall time. It is well known and documented the B.O.P has been having issues complying with the second chance Act and first step Act.

I have done extensive programing with completion since the begining of my sentence including phycology programs.

⑤

I have recieved several incident reports in the last 12½ years in prison, and have taken accountability for all my actions and continue to strive to stay on a right path. I came to prison at twenty-seven years old and now i am thirt-nine years old. During my time in prison i have seen things that will shock a person in life and even surprise a few in this world. It has not been a easy journey for me being in prison the emotional rollocoster and traumutizing events during this time will forever impact my life and thoughts.

So that you may have a understanding and a picture of the details that i speak of some of these things can be verified through B.O.P records. My first week at MDC Brooklyn in unit 41 intake while waiting on the phone i happen to look up on the top tier and see a young white man come out his cell stand right infront and slice his throat in order not to be in prison. My first year in prison i seen a man get his face cut from ear to chin opening so wide that you can see his jaws when he tried to speak blood was spilling

⑥

every where and another man repeatedly stabbed all over the place screaming for help.

Also in prison i experience one of my most traumatizing moments in life hearing a man get raped the noises he made will never leave my mind and not being able to do nothing about it because your safety depended on minding your own bussines will forever make me feel like a coward. Several years later i was confronted by the same issue watching a grown man crying curled up because someone took advantage of him everyone around laughing at him no one cared because of his charge but i never found anything funny about it since it just brought back memories of the past incident.

In Fort Dix, my first week thier i was placed in unit 5l which was consider at the time a intake A&O unit. I was living on the second floor in a twelve man cell. One of my celly was a old man slept in the next bunk beside me

⑦

i notice he never went to eat or got up from bed and i use to ask him if he needed anything but as alway he refused even when i seen his feet were bleeding through his socks he will deny medical attention. One day coming back from rec i seen that he was breathing harder than usual but i ask several guys if they notice also but they were to busy but i went with someone else and told the C.O. at the time that my celly was not breathing correct or responding. When the C.O. came and seen the condition the old man was in he press the emergency button and since this old man was tall we had to help carry him down stair to the emergency golf cart i remember seeing my grandfather die in my hands and knew right away that he was passing away. Years later i seen the same C.O. and he told me "Hey you remember the old man you help me carried? he died because he was putting fieces on his foot with open suars poisoning his blood streem" I could not believe his words all i thought about was his bloody socks.

I recently lost my friend in my unit Shakeem. I seen when he slid off his seat while playing cards everyone trying to help they locked us in our cells as we all was hoping that he will recover but few hours later we were told he past away due to heart issues.

I lost my mother in Dec 2020, because of a accident and i was not allowed to attend the funeral even though i was at a low at the time. This has affected me the most since my mother was my world. Also i lost two of my cousins that were like brothers to me. One you may remember since he was my co-defendant on this case Jose Valdez and his brother Ruldopho Valdez even at this moment i was only given a phone call after the funeral. I sat in prison while my father battle cancer right after the lost of my mother it was a devastating moment in my life but i thank god my father was able to overcome it.

⑨

As for my release if the courts grant this motion, My sister is willing to provide me a room in her apartment upon my release. She is also willing to help as she done during my sentence with the same support system along side other family and friends.

I do have a job oppurtunities upon my release also some friends of the family are willing to hire me for ~~construct~~ construction.

I'm asking the court to vacate or release me on home confinement with a monitoring bracelet for the remainder of my time.

Juan Fernandez
#67050-054
P.O. Box 2000
white deer P.A. 17887
10·8·24