

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

January 9, 2025

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     Re:   *United States* v. *Juan Fernandez*, 12 Cr. 445 (JMF)

Dear Judge Furman:

     Pursuant to the Court's Order dated December 19, 2024, the Government respectfully writes to request additional time to respond to defendant Juan Fernandez's latest motion for compassionate release. As the Court is aware, Fernandez sought compassionate release in the past. Previously, the Second Circuit affirmed this Court's decision denying compassionate release for Fernandez. *See United States v. Fernandez*, Case No. 20-2467, Dkt. 53-1 (2d Cir. May 4, 2021). In order to evaluate Fernandez's recent motion for compassionate release, the Government contacted the Bureau of Prisons for further records and information. However, additional time is needed to consult with the Bureau of Prisons, including regarding Fernandez's health status and his claim that he cannot exhaust his administrative remedies pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). For these reasons, the Government respectfully requests one additional week to file its response, until on or about January 16, 2025.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: *Kimberly J. Ravener*
Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358

Application GRANTED. Defendant's deadline to file any reply is also extended by one week, to February 7, 2025. The Clerk of Court is directed to mail a copy of this endorsed letter to Juan Fernandez, Register No. 67050-054, FCI Allenwood, Federal Correctional Institution, P.O. Box 2000, White Deer, PA 17887; and to terminate ECF No. 867.

SO ORDERED.
/s/ Jesse M. Furman
January 10, 2025