UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
-v-                                        :         12-CR-445-1 (JMF)
:
JUAN FERNANDEZ,                                                    :         <u>ORDER</u>
:
    Defendant.                             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 17, 2025, President Biden commuted Defendant Juan Fernandez's sentence. *See* ECF No. 871. In light of that development, Fernandez's pending motion for release (which, ironically, the Government opposed on the very same day that President Biden granted clemency to Fernandez, *see* ECF No. 869), is DENIED as moot.

      The Clerk of Court is directed to mail this Order to:

> Juan Fernandez
> Register No. 67050-054
> FCI Allenwood
> Federal Correctional Institution
> P.O. BOX 2000
> Whitedeer, PA  17887

      SO ORDERED.

Dated: January 22, 2025  
      New York, New York

                                    JESSE M. FURMAN
                                   United States District Judge